STEVE M. COOPER *v.* KAREN P. COOPER
(13282)

DUPONT, C. J., and SCHALLER and HENNESSY, Js.
Submitted on briefs January 6—decision released January 31, 1995

*Vito A. Castignoli* filed a brief for the appellant (plaintiff).

*Joseph J. Mager, Jr.,* filed a brief for the appellee (defendant).

PER CURIAM. The judgment is affirmed.

CHRIS P. STERGOS *v.* BEVERLY J. STERGOS
(13026)

LAVERY, HEIMAN and HENNESSY, Js.
Argued January 10—decision released February 7, 1995

*Lloyd Frauenglass,* for the appellant (plaintiff).
*Jeffrey D. Mickelson,* for the appellee (defendant).

PER CURIAM. The judgment is affirmed.